**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ANTONIA LUPARI,

Plaintiff,

vs.                                                                 Case No.: 11-60428-CIV-MARRA

ZAKHEIM & ASSOCIATES, P.A.,
d/b/a ZAKHEIM & LAVRAR, P.A.,

Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice with each party to bear its own attorneys' fees and costs.

Dated: January 13, 2012                              Respectfully submitted,

s/ Andrew I. Glenn_____        s/ Barbara Fernandez_____
Andrew I. Glenn, Esq.                                David P. Hartnett, Esq.
Florida Bar No. 577261                               Florida Bar No. 946631
AGlenn@cardandglenn.com                              Email: dhartnett@hinshawlaw.com
Card & Glenn, P.A.                                   Barbara Fernandez, Esq.
2501 Hollywood Blvd., Suite 100                      Florida Bar No. 0493767
Hollywood, Florida 33020                             Email: bfernandez@hinshawlaw.com
Telephone: 954-921-9133                              HINSHAW & CULBERTSON LLP
Facsimile: 954-921-9553                              9155 S. Dadeland Boulevard, Suite 1600
Attorneys for Plaintiff                              Miami, FL 33156
                                                     Telephone: (305) 358-7747
                                                     Facsimile: (305) 577-1063
                                                     Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on January 13, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                /s Andrew I. Glenn
                Andrew I. Glenn


## SERVICE LIST

David P. Hartnett, Esq.
Florida Bar No. 946631
Email: dhartnett@hinshawlaw.com
Barbara Fernandez, Esq.
Florida Bar No. 0493767
Email: bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard, Suite 1600
Miami, FL 33156
Telephone: (305) 358-7747
Facsimile: (305) 577-1063
Attorneys for Defendant
Served via CM/ECF