UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60428-CIV-MARRA

ANTONIO LUPARI,

Plaintiff,

vs.

ZAKHEIM & ASSOCIATES, P.A.,
d/b/a ZAKHEIM & LAVRAR, P.A.,

Defendant.
_____/

**ORDER**

This cause is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (DE 10). The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the above-styled cause is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs. The Clerk shall close this case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of January, 2012.

_____
KENNETH A. MARRA
United States District Judge